UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FOSTER,<br><br>             Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, and Does 1 through 21, inclusive,<br><br>             Defendants. | No.: 1:13-cv-01188-LJO-BAM<br><br>**ORDER GRANTING REQUEST FOR BANK OF AMERICA PARTY REPRESENTATIVE TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE**<br><br>Date:     March 27, 2014<br>Time:    9:30 a.m.<br>Place:    Courtroom 8 |

Defendant Bank of America, N.A.'s request for its party representative to appear telephonically at the settlement conference in this matter on March 27, 2014 at 9:30 a.m. is GRANTED. Plaintiff did not object to the telephonic appearance. The party representative shall call chambers at 559-499-5789 at the start of the conference. The representative, with full settlement authority, shall be available at all times throughout the settlement conference. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

   Dated:    **March 21, 2014**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE

– 1 –