Tyree P. Jones, Jr. (SBN 127631)
Email: tpjones@reedsmith.com
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3373
Telephone: +1 202 414 9200
Facsimile: +1 202 414 9299

Renee C. Feldman (SBN 253877)
Email: rfeldman@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Bank of America, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FOSTER,<br><br>   Plaintiff,<br><br> vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, and Does 1 through 21, inclusive,<br><br>   Defendants. | No.: 1:13-cv-01188-LJO-BAM<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**<br><br>Date:   August 18, 2014<br>Time:   8:30 a.m.<br>Place:   Courtroom 4, 7th Floor<br>Compl. Filed: September 25, 2012<br>Trial Date:  November 12, 2014<br><br>Honorable Lawrence O'Neill |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

Defendant Bank of America, N.A. ("BANA") requests an order permitting it to file under seal the foregoing documents, which are exhibits to the Declaration of Christine Peterson in Support of Defendant's Motion for Summary Judgment or Alternatively, Summary Adjudication:

- <u>Exhibit A</u>:  Doctor's First Report of Occupational Injury or Illness, visit date March 2, 2010
- <u>Exhibit B</u>:  Primary Treating Physician's Progress Report, visit date March 16, 2010
- <u>Exhibit C</u>:  Primary Treating Physician's Progress Report, visit date March 30, 2010
- <u>Exhibit D</u>:  Primary Treating Physician's Progress Report, visit date April 22, 2010
- <u>Exhibit E</u>:   Primary Treating Physician's Progress Report, visit date May 4, 2010
- <u>Exhibit F</u>:   Clinical Documentation, visit date May 21, 2010
- <u>Exhibit G</u>:  Primary Treating Physician's Progress Report, visit date May 25, 2010
- <u>Exhibit I</u>:   Agreed Medical Examiner's Report of Mark A. Mandel
- <u>Exhibit J</u>:  Qualified or Agreed Medical Evaluator's Findings Summary of Mark A. Mandel

Upon consideration of the pleadings, the papers, and the arguments of counsel, and with good cause shown, **IT IS HEREBY ORDERED** that:

Defendant's Request to Seal Documents is **GRANTED**.  The Clerk of the Court is directed to file under seal the complete, unredacted versions of the above-referenced documents.  These documents shall remain under seal indefinitely, pending further order of this Court.  Only the Court and the parties are to be permitted access to these documents.

IT IS SO ORDERED.

Dated:  **July 18, 2014**               **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware